UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
═══════════════════════════════════════════

MT. HAWLEY INSURANCE COMPANY,

        Plaintiff,

v.                                          Civ. Action No.: 1:22-cv-06850-JMF

AAPA PROPERTIES, LLC,              ~~PROPOSED~~
                                           **DEFAULT JUDGMENT**

        Defendant.

═══════════════════════════════════════════

        The Court having conducted a hearing on October 25, 2022 on the motion for default judgment by plaintiff Mt. Hawley Insurance Company ("Mt. Hawley") against defendant AAPA Properties, LLC ("AAPA") based on AAPA's failure to answer, move, or otherwise appear in this action, and upon consideration of the documents submitted in connection with the motion, including the September 26, 2022 Affirmation of Timothy E. Delahunt in Support of Mt. Hawley Insurance Company's Motion for Default Judgment, and the exhibits thereto, and Mt. Hawley's Proposed Default Judgment, and having determined that Mt. Hawley has established its entitlement to default judgment, the motion is GRANTED, and it is hereby ORDERED, ADJUDGED, AND DECLARED that Mt. Hawley has no duty to defend or indemnify defendant AAPA in connection with that certain February 15, 2021 assault and battery incident and the subsequent related action captioned <u>Sonia Merinvil v. AAPA Properties, LLC</u>, Florida Circuit Court, 17th Judicial Circuit, Case No. CACE-21-19706.

Dated:  October 25, 2022                           _____
       New York, New York                       HON. JESSE M. FURMAN, U.S.D.J.

The Clerk of Court is directed to terminate ECF No. 15 and to close the case.